KEVIN V. RYAN, CSBN 118321
United States Attorney
JOANN M. SWANSON, CSBN 88143
Assistant United States Attorney
Chief, Civil Division
ILA C. DEISS, NY SBN 3052909
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102
    Telephone: (415) 436-7124
    FAX: (415) 436-7169

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| HANY ZAYED; and QUINTILES, INC., <br><br> Plaintiffs, <br> v. <br><br> MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; EMILIO T. GONZALEZ, Director, U.S. Citizenship and Immigration Services; CHRISTINA POULOS, Acting Director, California Service Center, USCIS; <br><br> Defendants. | No. C 06-3736 WDB <br><br> **STIPULATION TO DISMISS; AND [PROPOSED] ORDER** |

    Plaintiff, by and through his attorney of record, and Defendants, by and through their attorneys of record, hereby stipulate, subject to the approval of the Court, to dismissal of the action in light of the Plaintiff's applications have been adjudicated.

    Each of the parties shall bear their own costs and fees.

///

///

///

///

///

Stip to Dismiss
C 06-3736 WDB

| | | |
|---|---|---|
| 1 | Dated: August 11, 2006 | Respectfully submitted, |
| 2 | | KEVIN V. RYAN<br>United States Attorney |
| 4 | | |
| 5 | | /s/<br>ILA C. DEISS |
| 6 | | Assistant United States Attorney<br>Attorney for Defendants |
| 7 | | |
| 8 | Dated: August 11, 2006 | /s/<br>STACY L. GARTLAND |
| 9 | | Attorney for Plaintiffs |

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Date: 8-14-06

/s/ Wayne D. Brazil

WAYNE D. BRAZIL
United States Magistrate Judge

Stip to Dismiss
C 06-3736 WDB